ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| JOSÉ JUAN DÁVALOS GUIZAN<br><br>Apelante<br><br>v.<br><br>JANCELLE MARIE ORRACA LÓPEZ<br><br>Apelada | KLAN202400943 | *Apelación* procedente del Tribunal de Primera Instancia, Sala de San Juan<br><br>Caso Núm.: SJ2024RF00077<br><br>Sobre: Divorcio Ruptura Irreparable |

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Marrero Guerrero y el Juez Campos Pérez

Campos Pérez, Juez Ponente

## SENTENCIA

En San Juan, Puerto Rico, a 21 de noviembre de 2024.

El 15 de noviembre de 2024, la parte demandante y apelante, Sr. José Juan Dávalos Guizan, por conducto de su representación legal, presentó el escrito judicial intitulado *Desistimiento*. En éste, expresó su interés de desistir la continuación del recurso de apelación presentado el 18 de octubre de 2024 ante este foro intermedio. Atendida la petición, declaramos la misma con lugar, al amparo de la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83 (A). En consecuencia, ordenamos el cierre y archivo del caso.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

SEN2024_____